JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CLAUDE Z. CARR,                          )        Case No. EDCV 10-1832-VBF  (OP)
                                         )
                                         )        J U D G M E N T
                    Petitioner,          )
          v.                             )
                                         )
KELLY HARRINGTON, Warden,                )
                                         )
                                         )
                    Respondent.          )
_____)

        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  ___8-18-11____

_____
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge